**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QIONGLIN FU and RONG XIAO,                    No. C 07-0207 EDL

        Plaintiffs,                    **ORDER GRANTING MOTION FOR
RECONSIDERATION**

  v.

ALBERTO GONZALES, Attorney General of
the United States; EMILIO GONZALEZ,
Director of U.S. Citizenship and Immigration
Services; MICHAEL CHERTOFF, Secretary of
the U.S. Department of Homeland Security,
CHRISTINA POULOS, Acting Director of the
California Service Center, U.S. Immigration and
Naturalization Services; and ROBERT S.
MUELLER, Director of the Federal Bureau of
Investigation,

        Defendants.

_____/

On May 17, 2007, the Court issued an Order denying Defendants' Motion to Dismiss.  Also

on May 17, 2007, Defendants filed a motion for reconsideration, citing to a factual error in the

Court's opinion.  Having reviewed the motion, the Court grants reconsideration and will issue an

amended Order Denying Defendants' Motion to Dismiss.

       **IT IS SO ORDERED.**

Dated:  May 22, 2007

                           _Elizabeth D. Laporte_____
                           ELIZABETH D. LAPORTE
                           United States Magistrate Judge