1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12  QIONGLIN FU and                         )
    RONG XIAO,                              )   No. C 07-0207 EDL
13                                          )
                   Plaintiffs,              )
14                                          )
          v.                                )   **STIPULATION TO DISMISS AND**
15                                          )   **[PROPOSED] ORDER**
    ALBERTO GONZALES, Attorney General      )
16  of the United States;                   )
    EMILIO T. GONZALEZ, Director of         )
17  U.S. Citizenship and Immigration Services; )
    MICHAEL CHERTOFF, Secretary of the      )
18  U.S. Department of Homeland Security;   )
    CHRISTINA POULOS, Acting Director       )
19  of the California Service Center, U.S.  )
    Immigration and Naturalization Services; and )
20  ROBERT S. MUELLER, Director             )
    of the Federal Bureau of Investigation, )
21                                          )
                   Defendants.              )
22  _____)

23

24      Plaintiffs, appearing *pro se*, and Defendants, by and through their attorney of record, hereby

25  stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication

26  of Plaintiffs' adjustment of status applications.  The parties also ask the Court to vacate the June

27  26, 2007 hearing on the cross-motions for summary judgment.

28

Stipulation to Dismiss
C07-0207 EDL                                    1

1  Each of the parties shall bear their own costs and fees.

2

3  Dated: June 7, 2007                          /s/
                                               ILA C. DEISS
4                                              Assistant United States Attorney
                                               Attorney for Defendants
5

6
   Dated: June 11 2007                          /s/
7                                              QIONGLIN FU
                                               RONG XIAO
8                                              *Pro se*

9

10                         **ORDER**

11  Pursuant to stipulation, IT IS SO ORDERED.

12

13  Date:   June 25, 2007
                                               _____
14                                             ELIZABETH D. LAPORTE
                                               United States Magistrate Judge
15

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Stipulation to Dismiss
C07-0207 EDL                                   2